1  Michael W. Sobol (State Bar No. 194857)
   (msobol@lchb.com)

2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor

3  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000

4  Facsimile: (415) 956-1008

5  *Attorney for Plaintiffs*

6  [Counsel listed on signature page]

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

TERRI N. WHITE, ROBERT
RADCLIFFE, CHESTER CARTER,
MARIA FALCON and ALEX GIDI, et
al.,

           **Plaintiffs,**

       v.

14 TRANS UNION, LLC, et al.,

15            **Defendant.**

16

17

18

**ORIGINAL**

**_ Priority
_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3**

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 14 2006

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Case No. 8:05-cv-01073 DOC
(MLG)

**STIPULATION TO WITHDRAW
WITHOUT PREJUDICE MOTION TO
APPOINT LIEFF, CABRASER,
HEIMANN & BERNSTEIN, LLP AND
CADDELL & CHAPMAN AS INTERIM
CLASS COUNSEL** ORDER

Date: September 25, 2006
Time: 8:30 a.m.
Courtroom 9D
Judge: Honorable David O. Carter

19      COME NOW, Plaintiffs, in the consolidated cases of *Terri N. White, et al. v. Trans Union,*

20  *LLC,* Case No. CV05-1073 DOC (MLGx) ("*White*"), and *Hernandez v. Equifax Information*

21  *Services, LLC, et al.,* (Case No. CV 06-3294 DOC (MLGx) ("*Hernandez*"), Plaintiffs in the case

22  of *Jose L. Acosta, et al. v. Trans Union, LLC* (Case No. CV06-5060 DOC (MLGx) and

23  Defendant, Trans Union, LLC and stipulate by and through their counsel of record

24  as follows:

25      Whereas, the parties hereto have agreed to participate in mediation in front of

26  retired Justice John K. Trotter on September 14, 2006; and

27  ///

28  ///

Case No. CV 05-1073 DOC(MLGx)

DOCKETED ON CM

SEP 15 2006

BY _____ 178

38

STIPULATION TO WITHDRAW MOTION TO
APPOINT LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP AND CADDELL & CHAPMAN AS
INTERIM CLASS COUNSEL

1    Whereas, the parties have met and conferred on the issues raised in the

2  motion and agree that it should be withdrawn without prejudice at this time subject

3  to re-filing, if necessary, following mediation;

4    The parties hereto jointly stipulate that the aforementioned motion for

5  appointment of interim class counsel be and hereby is withdrawn without prejudice

6  at this time.

7

8

9    For the Plaintiffs in *White* and *Hernandez*:

10

11  Dated: 9/12, 2006

Michael W. Sobol
(State Bar No. 194857)
Paul A. Moore
(State Bar No. 241157)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008

Cynthia B. Chapman
(State Bar No. 164471)
George Y. Niño
(State Bar No. 144623)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, Texas 77010-3027
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008

Leonard A. Bennett
(VSB No. 37523)
Matthew Erausquin
(VSB No. 65434)
CONSUMER LITIGATION
 ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile:  (757) 930-3662

Case No. CV 05-1073 DOC(MLGx)

STIPULATION TO WITHDRAW MOTION TO
APPOINT LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP AND CADDELL & CHAPMAN AS

1

2                              Mitchell A. Toups

3                              (TSB No. 20151600)
WELLER, GREEN, TOUPS

4                              & TERRELL, L.L.P.
Bank of America Tower

5                              2615 Calder St., Suite 400
Beaumont Texas 77702

6                              Telephone: (409) 838-0101
Facsimile:  (409) 832-8577

7                              Daniel Wolf

8                              LAW OFFICE OF DANIEL WOLF
1220 N. Street, N.W. PH2

9                              Washington, D.C. 20005
Telephone: (202) 721-4760

10                            Facsimile: (202) 216-9144

11                            Charles W. Juntikka
CHARLES JUNTIKKA &

12                            ASSOCIATES
11 W. 42nd Street, 12 Floor

13                            New York, NY 10036
Telephone: (212) 315-3755

14                            Facsimile: (212) 315-9032
*Attorneys for Plaintiffs*

15

16    Dated: ____9/12____, 2006

                              _____

17                            Brian C. Frontino
Julia B. Strickland

18                            Stephen J. Newman
Lindsay G. Carlson

19                            STROOCK, STROOCK & LAVAN, LLP
2029 Century Park East, Suite 1800

20                            Los Angeles, CA  90067-3086
Telephone:  (310) 556-5800

21                            Facsimile:  (310) 556-5959
*Attorneys for Defendant*

22                            *Trans Union, LLC*

23    Dated: _____, 2006

24                            _____
Lee A. Sherman

25                            Robert W. Thompson
Douglas Wright

26                            Callahan, McCune & Willis, APLC
111 Fashion Lane

27                            Tustin, CA  92780
Telephone:  (714) 730-5700

28                            Facsimile:  (714) 730-1642
*Attorneys for Plaintiffs in the Acosta case*

*STIPULATION TO WITHDRAW MOTION TO*
*APPOINT LIEFF, CABRASER, HEIMANN &*
*BERNSTEIN, LLP AND CADDELL & CHAPMAN AS*
*INTERIM CLASS COUNSEL*

1

2          Mitchell A. Toups
            (TSB No. 20151600)
3          WELLER, GREEN, TOUPS
            & TERRELL, L.L.P.
4          Bank of America Tower
            2615 Calder St., Suite 400
5          Beaumont Texas 77702
            Telephone: (409) 838-0101
6          Facsimile:  (409) 832-8577

7          Daniel Wolf
            LAW OFFICE OF DANIEL WOLF
8          1220 N. Street, N.W. PH2
            Washington, D.C. 20005
9          Telephone:  (202) 721-4760
            Facsimile:  (202) 216-9144

10

11         Charles W. Juntikka
            CHARLES JUNTIKKA &
12         ASSOCIATES
            11 W. 42nd Street, 12 Floor
13         New York, NY 10036
            Telephone:  (212) 315-3755
14         Facsimile:  (212) 315-9032
            *Attorneys for Plaintiffs*

15

16  Dated: _____, 2006

17         Brian C. Frontino
            Julia B. Strickland
18         Stephen J. Newman
            Lindsay G. Carlson
19         STROOCK, STROOCK & LAVAN, LLP
            2029 Century Park East, Suite 1800
20         Los Angeles, CA  90067-3086
            Telephone:  (310) 556-5800
21         Facsimile:  (310) 556-5959
            *Attorneys for Defendant*
            *Trans Union, LLC*

22

23  Dated: 9/12, 2006

24         Lee A. Sherman
            Robert W. Thompson
25         Douglas Wright
            Callahan, McCune & Willis, APLC
26         111 Fashion Lane
            Tustin, CA  92780
27         Telephone:  (714) 730-5700
            Facsimile:  (714) 730-1642
28         *Attorneys for Plaintiffs in the Acosta case*

Case No. CV 05-1073 DOC(MLGx)

**STIPULATION TO WITHDRAW MOTION TO
APPOINT LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP AND CADDELL & CHAPMAN AS
INTERIM CLASS COUNSEL**

1
2
3
4        IT IS SO ORDERED.
5
6        September 14, 2006                              David O. Carter
7                                                        Judge David O. Carter
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    )
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 111 Fashion Lane, Tustin, California.

On this date, I served the foregoing document described as:

**STIPULATION TO WITHDRAW WITHOUT PREJUDICE MOTION TO APPOINT LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP AND CADDELL & CHAPMAN AS INTERIM CLASS COUNSEL**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__XX__  (By Mail) I deposited such envelope in the mail at Tustin, California. The envelope was mailed with postage thereon fully prepaid.

____  (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

____  (By Personal Service) Such envelope was delivered by hand to the below addressee.

____  (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail.

Executed on September 12, 2006, at Tustin, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

ANGELA M. PETERSON

## ALL COUNSEL MAILING LIST

Julia B. Strickland, Esq.
Stephen J. Newman, Esq.
Brian C. Frontino, Esq.
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Tel# (310) 556-5800
Fax# (310) 556-5959

Michael W. Sobol
Bill Lann Lee
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

Charles W. Juntikka
CHARLES JUNTIKKA & ASSOC.
11 West, 42nd Street, 12th Floor
New York,, NY 10036
(212) 315-3755

Daniel Wolf
DANIEL WOLF LAW OFFICES
1220 N. Street, NW
Suite PH 2
Washington, DC 20005
(202) 772-1154

Mike Caddell
Cynthia B. Chapman
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010-3027
Tel: (713) 751-0400
Fax: (713) 751-0906

Kevin A. Dorse
Daniel J. McLoon
Michael G. Morgan
Scott Philip Shaw
JONES DAY
555 S. Flower Street, 15th Floor
Los Angeles, CA 90071-2300
(213) 489-3939

- 2 -

1  Thomas R. Malcolm
   JONES DAY
2  3 Park Plaza, Suite 100
   Irvine, CA 92614-6232
3  (949) 851-3939

4
   Cindy D. Hanson
5  Craig E. Bertschi
   Kali Wilson Beyah
6  Bradley J. Miller
   KILPATRICK & STOCKTON
7  1100 Peachtree Street, Suite 2800
   Atlanta, GA 30309-4530
8  Tel:(404) 815-6500
   Fax: (404) 815-6555
9
   Thomas P. Quinn, Jr.
10 NOKES & QUINN
   450 Oceans Avenue
11 Laguna Beach, CA 92651
   (949) 376-3055
12
   Albert Finch
13 ERICKSEN ARBUTHNOT KILDUFF
   DAY AND LINDSTROM
14 111Sutter Street, Suite 575
   San Francisco, CA 94101
15 (415) 362-7126

16 Stuart Rossman
   Charles Delbaum
17 NATIONAL CONSUMER LAW CENTER
   77 Summer Street, 10th Floor
18 Boston, MA 02110
   (615) 542-8010
19
   Leonard A. Bennett
20 Mathew Erausquin
   CONSUMER LITIGATION ASSOC., PC
21 12515 Warwick Boulevard, Suite 201
   Newport News, Virginia 23606
22 Fax: (757) 930-3662

23 Mitchell A. Toups
   WELLER, GREEN, TOUPS &
24 TERRELL, LLP
   Bank of America Tower
25 2615 Calder Street, Suite 400
   Beaumont, TX 77702
26 Fax: (409) 832-8577

27

28