Bill Lann Lee (State Bar No. 108452)
Michael W. Sobol (State Bar No. 194857)
Paul A. Moore (State Bar No. 241157)
LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
275 Battery Street, 30th Floor
                        -3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Cynthia B. Chapman (State Bar No. 164471)
George Y. Niño (State Bar No. 144623)
CADDELL & CHAPMAN

Houston, Texas 77010-3027
Telephone: (713) 751-0400

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TERRI N. WHITE, ROBERT RADCLIFFE, CHESTER CARTER, MARIA FALCON, AND ALEX GIDI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | SACV<br>Case No. 05-CV-01073-DOC/MLGX<br><br>[PROPOSED] CASE MANAGEMENT ORDER RE: LITIGATION SCHEDULE |

5561411

[PROPOSED] CASE MANAGEMENT ORDER RE APPOINTMENT OF INTERIM CLASS COUNSEL

160

1  Pursuant to Fed. R. Civ. P. 16, and good cause appearing,
2  IT IS HEREBY ORDERED:
3  **A.  <u>Pretrial Procedures</u>**
4  This Case Management Order shall govern and control each of the
5  following actions filed in or transferred to this District (herein, the "Coordinated
6  Actions"):
7  1.  *White v. Experian Information Solutions, Inc.*, Case No. 05-CV-
8  01070-DOC(MLG);
9  2.  *White v. Trans Union, LLC*, Case No. 05-CV-1073-
10  DOC(MLGx));
11  3.  *White v. Equifax Information Services*, Case No. 05-CV-7821-
12  DOC(MLGx);
13  4.  *Hernandez v. Equifax Information Services, LLC, et al.*, Case
14  No. 06-CV-3924-DOC(MLG).
15  In addition, all "add-on cases" raising allegations against credit
16  reporting agencies for inaccurate reporting of discharged bankruptcy debts raising
17  claims under the Fair Credit Reporting Act and related laws which may be
18  coordinated in this Court shall be governed by this Case Management Order. All
19  such actions are, until further notice, coordinated with one another for pretrial
20  purposes, until such time as the Court may order otherwise.
21  **B.  <u>Coordination of Discovery and Protective Order</u>**
22  Discovery shall be coordinated by and between the Coordinated
23  Actions. The parties have stipulated to a proposed Protective Order governing the
24  treatment of Confidential documents and information produced in discovery.
25  **C.  <u>Litigation Schedule</u>**
26  The Court adopts the following litigation schedule, subject to
27  modification by further order of the Court:
28

556141 1 - 1 -

[PROPOSED] CASE MANAGEMENT ORDER RE
APPOINTMENT OF INTERIM CLASS COUNSEL

| Date | Event |
|---|---|
| August 8, 2006 | Parties exchange initial disclosures. Plaintiffs file Consolidated Second Amended Complaint (with consent of Defendants). Discovery open for all purposes. |
| September 8, 2006 | Defendants respond to Consolidated Second Amended Complaint. |
| September 18, 2006 | Defendants serve supplemental initial disclosures regarding any additionally named plaintiffs in the Consolidated Second Amended Complaint. |
| February 15, 2007 | Deadline for filing Motion for Class Certification. All class representatives made available for deposition prior to filing of Motion for Class Certification. |
| *[handwritten: April 13, 2007]* | Oppositions to Class Certification filed within 45 days of filing of Motion for Class Certification. If Plaintiffs have more than 2 affiants in support of motion (exclusive of class representatives), then oppositions to Class Certification must be filed within 60 days of filing of Motion for Class Certification. |
| *[handwritten: May 14, 2007]* | Reply papers in support of Class Certification filed within 30 days of the filing of the opposition papers. |
|  | All parties must complete a meet and confer regarding scheduling of the remainder of the litigation within 14 days of the Court's ruling on class certification. |

00/00/0000    08:37    FIRST LEGAL SUPPORT    714 541 8182

1  IT IS SO ORDERED.

2

3  Dated: August /\, 2006        *David O. Carter*
                          ─────────────────────────────
4                          The Honorable David O. Carter

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28